|Cause Number: |01-13-00245-CR |
|Trial Court |191712 |
|Cause Number: | |
|Style: |Juan Francisco Hernandez |
| |v The State of Texas |
|Date motion |8/27/2013 |
|filed*: | |
|Type of motion:|Motion for Extension of Time to File Appellant's Brief |
|Party filing |Juan Francisco Hernandez |
|motion: | |
|Document to be |Order |
|filed: | |

Is appeal accelerated? Yes No

|If motion to extend time: | |
| Original due date: |8/22/13 |
| Number of previous extensions |2 |
|granted: | |
| Date Requested: |9/23/13 |

Ordered that motion is:

 Granted

 If document is to be filed, document due: 9/23/13

 Absent extraordinary circumstances, the Court will not grant
 additional motions to extend time

 The Court will not grant additional motions to extend time.

 Denied

 Dismissed (e.g., want of jurisdiction, moot)

 Other: Make arrangements with court reporter to give record from
 hearing on new trial motion.

Judge's signature: /s/Justice Harvey Brown
 Acting individually Acting for
the Court

Panel consists of

Date: 9/5/2013